HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Branch Chief, Fresno Office
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561



FILED
JUL 03 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL A. CRUZ,<br><br>Defendant. | Case No. 5:19-po-00161 JLT<br><br>APPLICATION AND [PROPOSED]<br>ORDER PRE-APPOINTING COUNSEL<br><br>Date: 7/9/19<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer J. Thurston |

Defendant, Miguel Cruz, through the Federal Defender for the Eastern District of California, hereby requests pre-appointment of counsel. Our office has a conflict.

Defendant submits the attached Financial Affidavit as evidence of his inability to retain counsel. Defendant is charged by citation with entering military property in violation of 18 U.S.C. § 1382. Defendant is scheduled to make his initial appearance on July 9, 2019 at 9:00 a.m. before the Honorable Jennifer L. Thurston, United States Magistrate Judge. Therefore, after reviewing the Financial Affidavit, it is respectfully recommended that counsel be promptly appointed in light of, and in preparation for, his court appearance tomorrow morning.

DATED: July 8, 2019

_____ for Charles Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retained counsel, the Court hereby pre-appoints counsel pursuant to 18 U.S.C. § 3006A.

DATED: July 8, 2019

_____
HONORABLE BARBARA A. McAULIFFE
UNITES STATES MAGISTRATE JUDGE